478 A.2d 111

Commonwealth v. Elliott, Appellant.

Argued March 22, 1984. Louis E. Slawe, for appellant; Dawn L. Morton, Assistant District Attorney, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Affirmed.